UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FORSTECH TECHNICAL NIGERIA LIMITED,
and CHIDI ADABANYA, as the Lead Consultant
in Forstech Technical Nigeria Limited,

                  Plaintiffs,

   -against-                                      24 **CIVIL** 7629 (PAE)

## JUDGMENT

THE SHELL PETROLEUM DEVELOPMENT
COMPANY OF NIGERIA LIMITED (SPDC),
OKECHUKWU NOEL ELECHI, as Project
Manager/Facilities & Field Logistics Base Projects,
Gbaran Ubie Integrated Oil and Gas Project, and
OSAGIE OKUNBOR, as Managing Director, the
Shell Petroleum Development Company of Nigeria
Limited,

                  Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 19, 2025, the Court grants SPDC's motion to dismiss and dismisses Forstech's AC for lack of personal jurisdiction. This dismissal is without prejudice to Forstech's ability to file suit pleading a proper jurisdictional basis; accordingly, the case is closed.

**Dated:**  New York, New York

       May 19, 2025

                                                                        TAMMI M HELLWIG
                                                                      **Clerk of Court**

                  BY:

                                                                      **Deputy Clerk**